

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Trendmaker Homes, Inc.

Appellate case number:    01-20-00550-CV

Trial court case number:  19-DCV-260160

Trial court:              400th District Court of Fort Bend County

Relator, Trendmaker Homes, Inc., has filed an unopposed motion to stay the trial court's order compelling arbitration pending the outcome of relator's mandamus petition. The motion is GRANTED. We ORDER that the trial court's order compelling arbitration is stayed pending resolution of the petition for writ of mandamus. *See* TEX. R. APP. P. 52.10(b).

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                 Acting individually

Date:   ___December 23, 2020___